Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA 90014
(213) 689-3014    FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                      ) Case No.: 2:08-bk-26179-VK
                                            )
    Medrano, Arturo Ibarra                  ) TRUSTEE'S NOTICE OF
                                            ) UNCLAIMED DIVIDEND
                                            ) (Bankruptcy Rule 3011)
                                            )
                                            )
                                            )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 633843 in the sum of $151.00 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Medrano, Arturo Ibarra
    709 Inglewood Avenue
    Inglewood, CA 90301

Date: April 11, 2011                        /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                          Check No. 633843

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0826179-VK | 999-0 | MEDRANO, ARTURO IBARRA | | 0.00 | 151.00 | 0.00 | 151.00 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

April 11, 2011

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950

Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 811

No. 633843

PAY** One Hundred Fifty One Dollars and No Cents************************************
TO THE ORDER OF

AMOUNT ************$151.00***

VOID AFTER July 10, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈633843⑈ ⑆061100790⑆ 000000575200 ⑈